IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3172 |
| v. | ) | |
| | ) | |
| PAUL A. WENTWORTH, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

　　　IT IS ORDERED:

　　　Defendant's unopposed oral motion to continue is granted and the initial appearance is continued from January 8 to January 23, 2007 at 4:00 p.m. before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

　　　DATED this 3rd day of January, 2007.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　s/ *David L. Piester*
　　　　　　　　　　　　　　　David L. Piester
　　　　　　　　　　　　　　　United States Magistrate Judge