IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:06CR3172 |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER TO FILE *EX PARTE* AND UNDER SEAL** |
| PAUL WENTWORTH, | ) ) ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 31st day of January, 2007, on the Motion of the Defendant for an order to file document *ex parte* and to seal. (Filing No. 14)

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the document named in Defendant's Motion to Seal shall be filed *ex parte* and under seal.

DATED: January 31, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge