```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3172 |
| v. | ) | |
| | ) | |
| PAUL A. WENTWORTH, | ) | |
| | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

Counsel met with the court this date by telephone conference call, pursuant to Rule 17.1 of the Federal Rules of Criminal Procedure for review of the status of the case. Defendant's counsel reported on the immense volume of documentation required to be examined, as well as the number of farmers, crops, and documents for each. Some assistance is and will continue to be provided by government agency employees. In summary, the defense is "on track" to keep the deadlines established in the prior conference. They will, therefore, remain in place. Another conference will be held in late summer to further review the matter.

   IT THEREFORE HEREBY IS ORDERED,

   A status conference by telephone conference call will be held August 28, 2007 at 9:00 a.m. for the purpose of advising the court further on the status of case preparations and the possible filing of motions.

   DATED this 21st day of June, 2007.

                                  BY THE COURT:

                                  s/ *David L. Piester*
                                  David L. Piester
                                  United States Magistrate Judge