IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3172 |
| v. | ) | |
| | ) | |
| PAUL A. WENTWORTH, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion to continue status conference, filing 28, is granted and the status conference is continued from August 28 to September 14, 2007 at 10:00 a.m.  Plaintiff's counsel shall place the call.

DATED this 23rd day of August, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge