IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3172 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| PAUL A. WENTWORTH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on a report and recommendation by Magistrate Judge Piester (filing 41), recommending that the defendant's motion to dismiss (filing 31) be denied in all respects. No objection to the report and recommendation has been filed. *See* NECrimR 57.3 and 28 U.S.C. § 636(b)(1).

Upon de novo review, I find that inasmuch as Judge Piester has fully, carefully, and correctly found the facts and applied the law, the report and recommendation should be adopted and the defendant's motion should be denied. Accordingly,

IT IS ORDERED that:

1. The magistrate judge's report and recommendation (filing 41) is adopted.

2. The defendant's motion to dismiss (filing 31) is denied.

January 28, 2008.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge