IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3172 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| PAUL A. WENTWORTH | ) | |
| | ) | |
| Defendant. | ) | |

Following a telephone conference call with counsel on February 11, 2008,

IT IS ORDERED,

The parties' joint oral motion to continue the March 10 trial is granted and,

1. Trial of this matter is continued to June 9, 2008 through July 2, 2008, for a duration of fifteen trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

2. This case continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161, *et seq*.

Dated February 12, 2008.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge