IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3172 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| PAUL A. WENTWORTH, | ) | |
| | ) | |
| Defendant. | ) | |

Today, the undersigned met with counsel.  On the oral motion of the defendant,

IT IS ORDERED that:

(1) Trial of this case as to Defendant Wentworth is continued to November 3-24, 2008, before the undersigned United States district judge, as the number one criminal case, for 15 days, in Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

(2) A pretrial conference is scheduled for Friday, October 3, 2008, from 9:00 a.m. to 12:00 noon in the undersigned's chambers.  The defendant's motion for Rule 17.1 conference (filing 50) is granted.

(2) The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice.  See 18 U.S.C. § 3161.

May 28, 2008.                                             BY THE COURT:

                                                          s/ *Richard G. Kopf*
                                                          United States District Judge