IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3172 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| PAUL A. WENTWORTH, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that ruling on any pretrial motion, including Defendant's motion in limine (filing 49), shall be deferred until the pretrial conference that is currently scheduled for October 3, 2008.

June 6, 2008.                                                    BY THE COURT:

                                                                 s/ *Richard G. Kopf*
                                                                 United States District Judge