```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )           4:06CR3172
                               )
       v.                      )
                               )
PAUL A. WENTWORTH,             )              ORDER
                               )
              Defendant.       )
                               )
```

　　　IT IS ORDERED:

　　A telephone conference is set for Friday, September 12, 2008 at 11:00 a.m.  Plaintiff's counsel shall initiate the call.

　　DATED this 10th day of September, 2008.

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　s/ *David L. Piester*
　　　　　　　　　　　　　　David L. Piester
　　　　　　　　　　　　　　United States Magistrate Judge